Below is an Order of the Court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | Bankruptcy Case |
| ) | No. 18-60547-tmr13 |
| RONALD EUGENE LEE, II, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| FRANCIS SCHAEFFER COX, ) | Adversary Proceeding |
| ) | No. 18-6028-tmr |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD EUGENE LEE, II, ) | ORDER OF DISMISSAL |
| ) | WITH PREJUDICE |
| Defendant. ) | |

Based upon Plaintiff's motion to dismiss this adversary proceeding as the matter has been resolved;

**IT IS ORDERED** that the above-referenced adversary proceeding be dismissed with prejudice; and

**IT IS FURTHER ORDERED** that each party shall bear their own fees and costs.

###