```
                          United States Bankruptcy Court
                               District of Oregon
Cox,
        Plaintiff                                          Adv. Proc. No. 18-06028-tmr
Lee, II,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0979-6          User: Admin.           Page 1 of 1           Date Rcvd: Sep 13, 2018
                              Form ID: pdf018        Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
```
pla         +Francis Schaeffer Cox,   16179-006 - FCI Terre Haute,   POB 33,   Terre Haute, IN 47808-0033
intp        +Ron Lee,   2051 Jones Creek,   Grants Pass, OR 97526-3652
dft         +Ronald Eugene Lee, II,   4775 Demaray Dr. #B,   Grants Pass, OR 97527-7102
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion18.eg.ecf@usdoj.gov Sep 14 2018 01:38:31      US Trustee, Eugene,
              405 E 8th Ave #1100,   Eugene, OR 97401-2728
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
```
NONE.                                                                                        TOTAL: 0
```

Below is an Order of the Court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | Bankruptcy Case No. 18-60547-tmr13 |
| RONALD EUGENE LEE, II, | |
| Debtor. | |
| FRANCIS SCHAEFFER COX, | Adversary Proceeding No. 18-6028-tmr |
| Plaintiff, | |
| v. | |
| RONALD EUGENE LEE, II, | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendant. | |

Based upon Plaintiff's motion to dismiss this adversary proceeding as the matter has been resolved;

**IT IS ORDERED** that the above-referenced adversary proceeding be dismissed with prejudice; and

**IT IS FURTHER ORDERED** that each party shall bear their own fees and costs.

###

ORDER OF DISMISSAL WITH PREJUDICE-1